**SO ORDERED.**

**SIGNED this 1 day of March, 2021.**



_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

| | |
|---|---|
| MALAIKA RASHEEMAH KASHAKA, | CASE NO. 16-00844-5-SWH |
| | CHAPTER 13 |
| DEBTOR | |

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS CAUSE** comes before the Court on the Debtor's Motion to Modify Chapter 13 Plan (Doc 102) pursuant to 11 U.S.C. §1329(a) and the Trustee's response (Doc 103). The Debtor and the Chapter 13 Trustee agree to resolve this matter according to the following terms:

**THE COURT FINDS** that the Chapter 13 Trustee and the Debtor, by and through counsel, as evidence by undersigned signatures, have agreed upon the terms of the plan modification.

**IT IS THEREFORE ORDERED**, **ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

The plan payments shall be $108,330.00 through January 2021 followed by a payment of $1,400.00 for February 2021 followed by 10 payments of $476.00 per month commencing in March 2021. No additional mortgage conduit payments will be disbursed after the February 2021 payment. The Debtor shall pay all mortgage payments directly as of March 2021. The plan will end once the modified plan base of $114,490.00 has been remitted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Debtor shall remit the modified payment amount beginning with the payment due on February 1, 2021.

*[signatures on following page]*

Consent Order Modifying Chapter 13 Plan
MALAIKA RASHEEMAH KASHAKA
16-00844-5-SWH
Page 2 of 2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plan, so modified, shall henceforth constitute the Chapter 13 Plan in this case.

**IN CONSENT:**

/s/ *Travis Sasser*
Travis Sasser, State Bar No. 26707
Attorney for Debtor
2000 Regency Parkway, 230
Cary, NC 27518
919-319-7400 (ph)
travis@sasserbankruptcy.com

/s/ *John F. Logan, Trustee*
John F. Logan, State Bar No. 12473
Chapter 13 Trustee
P.O. Box 61039
Raleigh, NC 27661
919-876-1355 (ph)
mburnett@ralch13.com

End of Document